IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF ALABAMA, SOUTHERN DIVISION

In re:
    Larry E Bridges
    Sharon B Bridges
Debtor(s)

CASE No. 18-00467-HAC

Chapter 7

## ORDER ON TRUSTEE'S FINAL REPORT AND ACCOUNT

THIS MATTER comes before the Court on the Final Report and Account of the Trustee and applications for fees and expenses (Doc. 201). Notice of the report was given pursuant to local order. No objections were filed or raised. Proper notice having been given, the Court held a hearing on 12/17/19 at which D. Parker Sweet, the Trustee herein, appeared.

It is therefore ORDERED, ADJUDGED, and DECREED that the Final Account and Report of the Trustee is APPROVED.

It is further ORDERED that the Trustee disburse from the balance of estate funds remaining on hand for expenses of administration the following:

| To: | D. Parker Sweet, Trustee | |
|---|---|---|
| | For compensation | $19,876.09 |
| | For expenses | $3.30 |
| | TOTAL | $19,879.39 |

It is further ORDERED that from the balance remaining on hand the Trustee shall pay a sole and final dividend according to the Trustee's Proposed Distribution as filed. The foregoing notwithstanding, however, any dividend which is less than $5.00 shall be remitted to the Clerk pursuant to Bankruptcy Rule 3010(a).

It is further ORDERED that all checks issued by the Trustee shall be void if not cashed within 90 days from the date of the checks.

It is further ORDERED that 90 days after distribution of final dividend, the Trustee shall stop payment on all checks then unpaid and pay unclaimed funds over to the Clerk of the Bankruptcy Court pursuant to Bankruptcy Rule 3011 along with a list of names and addresses, as far as known, of the persons entitled to such payments and the amount paid to each.

Dated: December 18, 2019

                                             /s/ Henry A. Callaway
                                             HENRY A. CALLAWAY
                                             CHIEF U.S. BANKRUPTCY JUDGE

```
                                United States Bankruptcy Court
                                  Southern District of Alabama
In re:                                                              Case No. 18-00467-HAC
Larry E Bridges                                                     Chapter 7
Sharon B Bridges
        Debtors                             CERTIFICATE OF NOTICE
District/off: 1128-1           User: elong                 Page 1 of 2           Date Rcvd: Dec 18, 2019
                               Form ID: pdf2               Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Larry E Bridges,    Sharon B Bridges,    11211 State Hwy 104,    Fairhope, AL 36532-4329
r              +Berkshire Hathaway Home Services Nichols Real Esta,    6351 Monroe Street,
                 Daphne, AL 36526-7160
3219273        +American Express,    PO Box 981537,    El Paso, TX 79998-1537
3240544         American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
3219274       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    Po Box 982234,    El Paso, TX 79998)
3219275        +Bryant Bank,    1502 N. McKenzie Street,    Foley, AL 36535-2272
3223158        +Bryant Bank,    c/o Richard M. Gaal,    PO Box 350,    Mobile, AL 36601-0350
3219276         Chase Card,    PO Box 15548,    Wilmington, DE 19886-5548
3219277        +J. Stephen Harvey,    McDowell, Knight, Roedder & Sledge LLC,    11 N. Water Street, Ste. 13290,
                 Mobile, AL 36602-5013
3421844        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
3219278        +McDowell Knight Roedder & Sledge LLC,    11 North Water Street, Ste. 13290,
                 Mobile, AL 36602-5013
3320286        +Padgett & Robertson,    4317 Downtowner Loop N,    Mobile, AL 36609-5501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3219272         E-mail/Text: bnc@alltran.com Dec 19 2019 03:52:46     Altran Financial, L.P.,    PO Box 722929,
                 Houston, TX 77272-2929
3433757        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2019 03:57:24      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
3240567        +E-mail/Text: newbk@Regions.com Dec 19 2019 03:53:19      Regions Bank,    P.O. Box 10063,
                 Birmingham, AL 35202-0063
3219279         E-mail/Text: newbk@Regions.com Dec 19 2019 03:53:19      Regions Bank Credit Card,
                 PO Box 11407,    Birmingham, AL 35246-0100
3219280         E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:57:13      Sychrony Bank,    PO Box 965033,
                 Orlando, FL 32896-5033
3246224        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:56:54      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
3219281        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:57:14      Synchrony Bank / Care Credit,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bryant Bank,    c/o Richard M. Gaal,    P.O. Box 350,    Mobile, AL 36601-0350
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                    Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Alec  Gray    on behalf of BK Administrator Mark S Zimlich Alec_Gray@alsba.uscourts.gov
              D. Parker Sweet     parker@sweetlawalabama.com,
               psweet@ecf.axosfs.com;trusteenotices@sweetlawalabama.com
              Daniel B. O'Brien    on behalf of Trustee Daniel B. O'Brien cperry@ch13mob.com,
               cdownload@ch13mob.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Herman D. Padgett    on behalf of Debtor 1 Larry E Bridges hpadgett@hermandpadgett.com, hermandpadgett@gmail.com;amy@hermandpadgett.com;lrobertson@hermandpadgett.com;prlawecf@gmail.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;R48126@notify.bestcase.com;memoore@hermandpadgett.com

          Herman D. Padgett    on behalf of Debtor 2 Sharon B Bridges hpadgett@hermandpadgett.com, hermandpadgett@gmail.com;amy@hermandpadgett.com;lrobertson@hermandpadgett.com;prlawecf@gmail.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;R48126@notify.bestcase.com;memoore@hermandpadgett.com

          J. Alexander Steadman    on behalf of Creditor    Bryant Bank asteadman@mcdowellknight.com, mkrscourtdocs@gmail.com;trider@mcdowellknight.com

          Lacy Robertson    on behalf of Debtor 2 Sharon B Bridges lrobertson@hermandpadgett.com, h_atty@bellsouth.net;amy@hermandpadgett.com;hpadgett@hermandpadgett.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;r48126@notify.bestcase.com;memoore@hermandpadgett.com;prlawecf@gmail.com

          Lacy Robertson    on behalf of Debtor 1 Larry E Bridges lrobertson@hermandpadgett.com, h_atty@bellsouth.net;amy@hermandpadgett.com;hpadgett@hermandpadgett.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;r48126@notify.bestcase.com;memoore@hermandpadgett.com;prlawecf@gmail.com

          Mark S Zimlich    mark_zimlich@alsba.uscourts.gov

          Matthew E. Moore    on behalf of Debtor 2 Sharon B Bridges memoore@hermandpadgett.com

          Matthew E. Moore    on behalf of Debtor 1 Larry E Bridges memoore@hermandpadgett.com

          Richard M. Gaal    on behalf of Creditor    Bryant Bank rgaal@mcdowellknight.com, cjoiner@mcdowellknight.com;asteadman@mcdowellknight.com;mkrscourtdocs@gmail.com;G21598@notify.cincompass.com

          TOTAL: 12