IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF ALABAMA, SOUTHERN DIVISION

| In re: | CASE No. 18-00467 |
|---|---|
| Larry E Bridges | |
| Sharon B Bridges | |
| Debtor(s) | Chapter 7 |

RULE 3011 NOTICE

TO THE HONORABLE Andrea Redmon,
CLERK, U.S. BANKRUPTCY COURT:

    In accordance with Bankruptcy Rule 3011, I am attaching herewith my check as Trustee for the above-referenced bankruptcy estate for the amount of $12,857.68, covering dividends unclaimed for more than ninety (90) days after the distribution of the final dividend. I certify that I have reviewed the proof of claim and made a diligent attempt to locate the claimants of these unclaimed funds.

    The name and mailing address of the person entitled to such payment, as reflected on the proof of claim, and the amount thereof, is as follows:

| Creditor Name & Address | Check# | Amount $ |
|---|---|---|
| Larry E. Bridges<br>11211 State Hwy 104<br>Fairhope, AL 36532 | 111 | $12,857.68 |
| | **TOTAL** | **$ 12,857.68** |

Respectfully submitted this date, February 16, 2022,

        **/s/ D. Parker Sweet**
        Daniel Parker Sweet (SWEED1464)
        Chapter 7 Trustee
        trustee@sweetlawalabama.com
        (251)626-3322
        P.O. Box 537
        Daphne, AL 36526

Reviewed by:    /s/ Heidi Fundinger
                U.S. Bankruptcy Administrator's Office

Date: 2/16/2022