Form B2710 (05/20)

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 18–00467**

Chapter 7

In re:

Larry E Bridges  
11211 State Hwy 104  
Fairhope, AL 36532

Sharon B Bridges  
11211 State Hwy 104  
Fairhope, AL 36532

Social Security No.:  
xxx–xx–1128

Social Security No.:  
xxx–xx–1896

## *FINAL DECREE*

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

1. D. Parker Sweet is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

2. The chapter 7 case of the above−named debtor is closed.

Dated: 5/10/22

HENRY A. CALLAWAY  
CHIEF U.S. BANKRUPTCY JUDGE

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

| | |
|---|---|
| In re: | Case No. 18-00467-HAC |
| Larry E Bridges | Chapter 7 |
| Sharon B Bridges | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1128-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2022 | Form ID: 2710 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Larry E Bridges, Sharon B Bridges, 11211 State Hwy 104, Fairhope, AL 36532-4329 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alec Gray | on behalf of BK Administrator Mark S Zimlich Alec_Gray@alsba.uscourts.gov |
| D. Parker Sweet | parker@sweetlawalabama.com psweet@ecf.axosfs.com;trusteenotices@sweetlawalabama.com |
| Daniel B. O'Brien | on behalf of Trustee Daniel B. O'Brien cperry@ch13mob.com cdownload@ch13mob.com |
| Herman D. Padgett | on behalf of Debtor 2 Sharon B Bridges hpadgett@hermandpadgett.com hermandpadgett@gmail.com;amy@hermandpadgett.com;lrobertson@hermandpadgett.com;prlawecf@gmail.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;R48126@notify.bestcase.com;memoore@hermandpadgett.com |
| Herman D. Padgett | on behalf of Debtor 1 Larry E Bridges hpadgett@hermandpadgett.com hermandpadgett@gmail.com;amy@hermandpadgett.com;lrobertson@hermandpadgett.com;prlawecf@gmail.com;tchaudron@her |

mandpadgett.com;hdpadgett@hermandpadgett.com;R48126@notify.bestcase.com;memoore@hermandpadgett.com

J. Alexander Steadman
on behalf of Creditor Bryant Bank asteadman@mcdowellknight.com  mkrscourtdocs@gmail.com;trider@mcdowellknight.com

Lacy Robertson
on behalf of Debtor 2 Sharon B Bridges lrobertson@hermandpadgett.com
h_atty@bellsouth.net;amy@hermandpadgett.com;hpadgett@hermandpadgett.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;r48126@notify.bestcase.com;memoore@hermandpadgett.com;prlawecf@gmail.com

Lacy Robertson
on behalf of Debtor 1 Larry E Bridges lrobertson@hermandpadgett.com
h_atty@bellsouth.net;amy@hermandpadgett.com;hpadgett@hermandpadgett.com;tchaudron@hermandpadgett.com;hdpadgett@hermandpadgett.com;r48126@notify.bestcase.com;memoore@hermandpadgett.com;prlawecf@gmail.com

Mark S Zimlich
mark_zimlich@alsba.uscourts.gov

Matthew E. Moore
on behalf of Debtor 1 Larry E Bridges memoore@hermandpadgett.com

Matthew E. Moore
on behalf of Debtor 2 Sharon B Bridges memoore@hermandpadgett.com

Richard M. Gaal
on behalf of Creditor Bryant Bank rgaal@mcdowellknight.com
ctiblier@mcdowellknight.com;asteadman@mcdowellknight.com;swhite@mcdowellknight.com;swhite@mcdowellknight.com;mkrscourtdocs@gmail.com;G21598@notify.cincompass.com;slindsay@mcdowellknight.com

TOTAL: 12